# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No: 25CR288 |
| v. | ) | Magistrate Judge: M. David Weisman |
| Emeril England Defendant, | ) | |

## ORDER

Arrest warrant issued to the United States Marshal and Any Authorized Officer as to defendant Emeril England.

Date: May 30, 2025

_M. David Weisman_
M. David Weisman
United States Magistrate Judge