# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA
        Plaintiff,

v.
        Case No.: 1:25−cr−00288
        Honorable M. David Weisman

Emeril England
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2025:

    MINUTE entry before the Honorable Keri L. Holleb Hotaling:Detention hearing held on 06/04/2025 as to defendant, Emeril England (1). For the reasons stated in open court, the Court finds that there is no condition or combination of conditions to reasonably assure the safety of the community or reasonably assure the appearance of defendant at future court hearings. The Court respectfully recommends that medical officials at defendant's place of incarceration conduct a thorough medical and mental health evaluation. Should it be deemed necessary that defendant is in need of medical and/or mental health treatment, the Court respectfully recommends that defendant, Emeril England (1) receive the necessary medical/mental health treatment/services forthwith. Defendant, Emeril England (1) shall remain in the custody of the United States Marshals Service until further order of the Court. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.